# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:11-CR-361** |
| v. | : | **(Chief Judge Conner)** |
| **WILLIE ELMORE,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 12th day of June, 2017, upon consideration of the within Motion (Doc. 225) to Stay Further Proceedings in this Case, it is hereby ORDERED that said motion is GRANTED. Counsel for the Petitioner shall notify the Court when the United States Supreme Court has either denied certiorari or issued a decision following the grant of certiorari in United States v. Robinson, No. 16A1052 and United States v. Galati, No. 16A1051.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania